

# IN THE
# TENTH COURT OF APPEALS

## No. 10-23-00419-CV

**LAWRENCE EDWARD THOMPSON
AND CHARLES LAMAR HICKS,**

                                                    **Appellants**

 **v.**

**BOBBY LUMPKIN, TIMOTHY FITZPATRICK
AND BRIAN SMITH,**

                                                    **Appellees**

---

**From the 278th District Court
Walker County, Texas
Trial Court No. 2330959**

---

## MEMORANDUM OPINION

---

Appellants Lawrence Edward Thompson and Charles Lamar Hicks, each acting pro se, filed a joint notice of appeal purporting to appeal from a trial court judgment rendered on December 1, 2023. Upon review of the record, it is not clear what Appellants are attempting to appeal. The record does not contain a judgment dated December 1, 2023. Instead, the record contains a judgment dated March 8, 2024 that dismisses only

Thompson's claims and does not address Hicks's claims.  This judgment is not final.  *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).  Additionally, Hicks did not join Thompson's docketing statement or file his own docketing statement as required by the rules.  *See* TEX. R. APP. P. 9.1, 32.1.

By letter dated June 10, 2024, this Court's Clerk requested a response from Thompson showing he is appealing from an appealable judgment and that he is in compliance with Chapter 11 of the Texas Civil Practice and Remedies Code.  Also, by letter of the same date, this Court's Clerk requested a response from Hicks showing grounds for continuing the appeal and either filing a document adopting Thompson's docketing statement or filing his own docketing statement.  The Clerk's letters advised Thompson and Hicks that if they do not respond to each of the issues raised in the notice within twenty-one days from the date of the letter, the appeal would be dismissed.  We further warned Thompson and Hicks that the failure to respond to the June 10, 2024 letter is an independent basis upon which the appeal can be dismissed.

Neither Thompson nor Hicks responded to our June 10, 2024 letter.  Therefore, we dismiss this appeal for want of jurisdiction and for failure to respond to a notice from the Clerk requiring a response within a specified time.  *See* TEX. R. APP. P. 42.3; *Lehmann*, 39 S.W.3d at 195.


STEVE SMITH
Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Dismissed
Opinion delivered and filed July 18, 2024
[CV06]

